In the Matter of the Claim of Mary Biellick, Respondent, against Burke Foundation and Another, Appellants. State Industrial Board, Respondent.—

Disability award unanimously affirmed. Award for death benefits reversed and claim remitted to the State Industrial Board, on the ground that failure to give written notice of death is not properly excused. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.